**Opinion filed October 27, 2011**



# In The

# Eleventh Court of Appeals

_____

## No. 11-11-00275-CR
_____

### ERNEST PATRICK LEWALLEN, Appellant

### V.

### STATE OF TEXAS, Appellee

**On Appeal from the 350th District Court**

**Taylor County, Texas**

**Trial Court Cause No. 9800-D**

## M E M O R A N D U M   O P I N I O N

Ernest Patrick Lewallen has filed in this court a motion to dismiss his appeal. Pursuant to TEX. R. APP. P. 42.2, the motion is signed by both appellant and his counsel.

The motion is granted, and the appeal is dismissed.

PER CURIAM

October 27, 2011

Do not publish. *See* TEX. R. APP. P. 47.2(b).

Panel consists of:  Wright, C.J.,
McCall, J., and Kalenak, J.